# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

STATE OF MINNESOTA, BY ITS
ATTORNEY GENERAL KEITH
ELLISON,

*Plaintiff,*

vs.

SANOFI-AVENTIS U.S. LLC.
NOVO NORDISK, INC., AND ELI
LILLY AND CO.,

*Defendants,*

MINNESOTA   DEPARTMENT   OF
HUMAN SERVICES,

*Movant.*

Civil Action No. _____

*(Pending in U.S. District Court for the
District of New Jersey,
Case No. 2:18-cv-14999-BRM-LHG)*

**MOVANT MINNESOTA DEPARTMENT
OF HUMAN SERVICES' MOTION TO
MODIFY SUBPOENA AND FOR
SHIFTING OF COSTS**

## MOTION

Non-party Minnesota Department of Human Services, by and through counsel, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 45 for an order modifying, or shifting costs relating to compliance with, Defendants' September 28, 2020, Subpoena.  This Motion is based upon Rule 45(d) of the Federal Rules of Civil Procedure, Movant's Memorandum in Support of its Motion, and supporting declarations.

Dated:  December 6, 2021.

KEITH ELLISON
Attorney General
State of Minnesota

**s/ Leonard N. Leonard**
MICHAEL N. LEONARD
Assistant Attorney General
Atty. Reg. No. 0395070

2

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1211 (Voice)
(651) 282-5832 (Fax)
michael.leonard@ag.state.mn.us

*Attorney For Movant*
*Minnesota Department Of Human Services*

|#5114353-v1